## A. L. CARMICHAEL *v.* THE STATE.

CARRYING WEAPONS.—Though not technically a peace-officer or a policeman, a sergeant or under-officer in the penitentiary service is, while in charge of a convict camp and engaged in duties incidental thereto, a "civil officer engaged in the discharge of official duty," within the meaning of article 319 of the Penal Code, and as such is expressly exempt from amenability for carrying a pistol.

APPEAL from the County Court of Gregg. Tried below before the Hon. L. G. JACKSON, County Judge.

The opinion states the case. A fine of $25 was the punishment assessed against the appellant in the court below.

*Felix McCord*, for the appellant.

*H. Chilton*, Assistant Attorney General, for the State.

White, P. J.   This is an appeal from a judgment of conviction in the County Court for unlawfully carrying a pistol.   In our opinion the evidence fails to support the judgment.   Appellant was a regularly appointed "under-officer" or sergeant of Messrs. Cunningham & Ellis, lessees of the State penitentiary, and as such, at the time of the alleged offense, was in charge of a convict camp in the immediate vicinity of Longview when arrested for carrying the pistol.   It is also shown that he had been hunting escaped convicts, and had arrested one in Longview a day or so previous to the offense charged, and that on the day of the alleged offense he had in charge two convicts with him in the town.

From the very nature of his employment he would be entitled to carry arms when actively engaged, as appellant seems to have been, in the duties incident to his office.   His appointment was authorized by law [Rev. Stats. art. 3549], and though technically neither "a peace-officer" nor "policeman," he was nevertheless to all intents and purposes such "civil officer engaged in the discharge of official duty" as under the statute is expressly exempted from liability to punishment when found bearing arms upon his person.   Penal Code, art. 319.

Because the evidence does not sustain the conviction, the judgment is reversed and the cause remanded.

*Reversed and remanded.*